# In the United States Court of Federal Claims

No. 19-83C

(Filed: August 22, 2019)

```
* * * * * * * * * * * * * * * * * * * * * * * * *
                                                *
WILLIAM H. THOMPSON III,                        *
                                                *
               Plaintiff,                       *
                                                *
       v.                                       *
                                                *
THE UNITED STATES,                              *
                                                *
               Defendant.                       *
                                                *
* * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER OF DISMISSAL

This matter comes before the Court on Plaintiff's unopposed motion for voluntary dismissal pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims. Plaintiff's motion for voluntary dismissal is **GRANTED**. The Clerk of Court is directed to dismiss this action without prejudice.

MARY ELLEN COSTER WILLIAMS
Senior Judge